■ LOUISE MASIAKOU v. CONSTANTINE M. KAZIS.— This motion for resettlement will be considered as an application under sections 105 and 107 of the Civil Practice Act to amend the notice of appeal, correct the papers on appeal, and amend the decision of this court filed January 26, 1960, *nunc pro tunc* and to resettle the order of affirmance filed herein on January 26, 1960. This motion is granted to the extent of recalling the remittitur filed in the office of the Clerk of the County of New York on January 28, 1960, permitting the appellant to file an amended notice of appeal *nunc pro tunc* as of October 6, 1959, so as to recite therein that the appeal is taken from the judgment entered October 5, 1959 as well as from the order entered September 28, 1959, granting plaintiff's motion for summary judgment; permitting the appellant to amend the papers on appeal filed herein, *nunc pro tunc* as of November 6, 1959, by adding thereto a copy of the amended notice of appeal and a copy of the judgment entered October 5, 1959; amending the decision of this court filed herein on January 26, 1960, *nunc pro tunc* as of January 26, 1960 so as to affirm the judgment entered October 5, 1959 as well as the order appealed from; and resettling the order of affirmance entered January 26, 1960 accordingly. Settle order on notice. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ BARCLAY COMMERCE CORP. v. ABRAHAM FINKELSTEIN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of JACK COOPER et al., v. STATE LIQUOR AUTHORITY et al.— Motion for a preference granted to the extent of setting down the proceeding on the Enumerated Calendar of this court for November 2, 1960. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ In the Matter of FREDERICK A. COLLINS, JR., et al., v. LUCIA B. COLLINS.— Motion to dismiss appeal granted, with $10 costs, unless the respondent-respondent-appellant procures her appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached, together with the appeal taken by the petitioners-appellants-respondents from the order of the Surrogate's Court, New York County, entered on August 8, 1960. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ In the Matter of the Arbitration between STANLEY J. STAKLINSKI and PYRAMID ELECTRIC COMPANY.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before November 3, 1960, with notice of argument for November 15, 1960, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated October 4, 1960, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ R. C. GLUCK & Co., INC., v. LOUIS TANKEL, Doing Business as GENERAL STAMP Co.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before November 3, 1960, with notice of argument for November 15, 1960, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated October 17, 1960, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ STERLING, GRACE & Co. et al. v. SEEMAN BROTHERS, INC., et al.— Motion for a stay denied, with $10 costs, and the stay contained in the order to show cause, dated October 13, 1960, is vacated. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.